**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7662**

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

  v.

ADAM NICKLOUS CARR,

         Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:01-cr-00126-NCT-1)

Submitted:  April 2, 2021                           Decided:  April 16, 2021

Before GREGORY, Chief Judge, and WILKINSON and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Adam Nicklous Carr, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam Nicklous Carr appeals the district court's order denying his renewed motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Upon review of the record, we conclude that the district court did not abuse its discretion in denying the motion. *See United States v. Kibble*, ___ F.3d ___, ___, No. 20-7009, 2021 WL 1216543, at *2 (4th Cir. Apr. 1, 2021) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court.[*] *United States v. Carr*, No. 1:01-cr-00126-NCT-1 (M.D.N.C. Oct. 15, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We have reviewed this case with consideration of Carr's transfer to USP Yazoo City.